## STATE v. BILL JUDD.

### (Filed 26 November, 1924.)

APPEAL by defendant from *Barnhill, J.,* at July Term, 1924, of CHATHAM.

The defendant was indicted for a violation of the prohibition law. There were three counts in the bill, upon which the jury returned a general verdict, finding the defendant guilty. Judgment. Appeal by defendant.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*

*A. C. Ray for defendant.*

ADAMS, J. The defendant moved in this Court for a new trial, on the ground of newly discovered evidence; but it has often been held that a new trial will not be awarded in a criminal action on this ground. *S. v. Jenkins,* 182 N. C., 818.

There was sufficient evidence to justify the verdict, and the defendant's motion to dismiss as in case of nonsuit was properly overruled. *S. v. Carlson,* 171 N. C., 823.

No particular formula is prescribed for the definition of a reasonable doubt, and no error is pointed out in his Honor's charge.

We find

No error.